IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| Plaintiff-Respondent. | § |
| VS. | § CRIMINAL ACTION NO. H-07-141 |
| KAREY BERNARD STATIN. | § |
| Defendant-Petitioner, | § |
| (Civil Action No. H-11-1010) | § |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 13, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge